**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In Re:

Frank and Kathi Tarala

,

         Debtor         /

Chapter 7
Case No. 11-52599
Hon. Phillip J. Shefferly

**MOTION TO RECOVER FUNDS,
TO AVOID JUDICIAL LIEN, AND FOR ATTORNEY FEES**

    Frank and Kathi Tarala ("Debtor(s)"), by and through their counsel, hereby moves this Court to recover funds, to avoid judicial lien, and for attorney fees. Daimler Chrysler Financial violated the automatic stay by seizing the debtor's 2010 State of Michigan tax refunds. Any lien which Daimler Chrysler Financial has on Debtor's 2010 State of Michigan income tax refund is a judicial lien which may be avoided by the debtor. For reasons more clearly stated in their brief in support of motion to recover funds, to avoid judicial lien, and for attorney fees the Debtor(s) ask this court to grant their motion to recover funds, to avoid judicial lien, and for attorney fees. The following Exhibits are attached to this Motion in accordance with E.D. Mich. LBR 9014-1(b):

**Exhibit 1**- Proposed Order, **Exhibit 2**- Notice of Motion, **Exhibit 3** – Brief in Support, and **Exhibit 4** – Certificate of Service.

    Wherefore, the Debtor(s) pray that this Honorable Court enter an order which directs Daimler Chrysler Financial to return to the Debtor their 2010 State of Michigan income tax refunds, strips any judicial lien Daimler Chrysler Financial may have on that tax refund, orders Daimler Chrysler to pay Debtor's attorney fees in the amount of $1000.00 and grants such other relief as is just and equitable.

## Statement of Concurrence Sought

In accordance with E.D. Mich. LBR. 9014-1(g), concurrence of opposing counsel in the relief sought was requested on October 12, 2011, and that concurrence was denied.

Dated: October 16, 2011                                    Respectfully submitted,


/S/ Patrick M. O'Reilly
Patrick M. O'Reilly
SCARLETTA O'REILLY, PLLC
Attorney for Debtor
12845 Farmington Road
Livonia, MI 48150
(248) 396-7590